UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADAN LOPEZ NUCAMENDIZ and ALLAN GONCALVES DA SILVA, | * * * * | |
| Petitioners, | * * | |
| v. | * * * | Civil Action No. 25-cv-13851-ADB |
| PATRICIA HYDE, et al., | * * * | |
| Respondents. | * * | |

**MEMORANDUM AND ORDER**

BURROUGHS, D.J.

      Before the Court is a joint petition for writ of habeas corpus by Petitioners Allan Goncalves Da Silva and Adan Lopez Nucamendiz. [ECF No. 1]. Respondents submit that "the legal issues raised in this Petition are similar to those recently addressed by this Court in <u>Morales v. Plymouth C[ounty] Correctional Facility</u>," No. 25-cv-12602, ECF No. 15 (D. Mass. Sept. 30, 2025). [ECF No. 7 at 1]. In that case, this Court joined other sessions of this Court, and other courts across the country, in holding that the arrest and detention of noncitizens within the United States is governed by 8 U.S.C. § 1226(a). <u>See also</u> <u>Guerrero Orellana v. Moniz</u>, No. 25-cv-12664, 2025 WL 3687757, at *7 (D. Mass. Dec. 19, 2025) (the detention of a noncitizen who entered the United States without inspection and is later apprehended while residing within the country is governed by 8 U.S.C. § 1226(a) unless certain exceptions apply). Respondents acknowledge that "[s]hould the Court follow its reasoning in <u>Morales</u>, it would reach the same

result here." [ECF No. 7 at 1]. On the facts before it, the Court does not find reason to deviate from its prior analysis. Petitioners are subject to 8 U.S.C. § 1226's discretionary detention framework and, accordingly, entitled to bond hearings. They have not received such hearings, so their detention is unlawful.

The joint petition, [ECF No. 1], is **GRANTED IN PART**. Respondents are **ORDERED** to provide Petitioners with bond hearings under 8 U.S.C. § 1226(a) within 10 days of this order. Respondents are **ENJOINED** from denying Petitioners bond on the basis that they are detained pursuant to 8 U.S.C. § 1225(b)(2). Respondents are **ORDERED** to file a status report within 14 days of this order stating whether Petitioners have been granted bond, and, if either Petitioner's request for bond was denied, the reasons for that denial.

**SO ORDERED.**

December 30, 2025                    */s/ Allison D. Burroughs*
                                     ALLISON D. BURROUGHS
                                     U.S. DISTRICT JUDGE